[No. 7892–5–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GENE
AUSTIN CAMP, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87700, Horton Smith, J., entered August 9,
1979. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Williams and Andersen, JJ.

[No. 8182–9–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
A. ALONGI, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00361–8, George H. Revelle, J., entered
November 14, 1979. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 7983–2–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
BIRCH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. J–88433, Jack A. Richey, J. Pro Tem., entered
August 22, 1979. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 7962–0–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIUS
KANE, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9995, Marshall Forrest, J., entered
June 22, 1979. *Affirmed* by unpublished opinion per Dore,
J., concurred in by James, A.C.J., and Durham, J.